# United States Court of Appeals
## For the First Circuit

No. 21-1719

NORTHEAST PATIENTS GROUP, d/b/a Wellness Connection of Maine;
HIGH STREET CAPITAL PARTNERS, LLC,

Plaintiffs, Appellees,

v.

UNITED CANNABIS PATIENTS AND CAREGIVERS OF MAINE,

Intervenor-Defendant, Appellant,

MAINE DEPARTMENT OF ADMINISTRATIVE AND FINANCIAL SERVICES;
KIRSTEN FIGUEROA, Commissioner of the Maine Department of
Administrative and Financial Services,

Defendants.

---

No. 21-1759

NORTHEAST PATIENTS GROUP, d/b/a Wellness Connection of Maine;
HIGH STREET CAPITAL PARTNERS, LLC,

Plaintiffs, Appellees,

v.

KIRSTEN FIGUEROA, Commissioner of the Maine Department of
Administrative and Financial Services,

Defendant, Appellant,

MAINE DEPARTMENT OF ADMINISTRATIVE AND FINANCIAL SERVICES;
UNITED CANNABIS PATIENTS AND CAREGIVERS OF MAINE,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court, issued on August 17, 2022, is amended as follows:

On page 39, line 14, change "apply" to "applies"

On page 41, line 15, change "matter" to "manner"

On page 40, renumber note 2 as note 1

On page 42, renumber note 3 as note 2